Daniel S. Glass (SBN 140819)
Attorney at Law
641 Fulton Ave., Suite 200
Sacramento, CA 95825
(916) 483-1971
dsglawyer@sbcglobal.net

Attorneys for Plaintiff
Karen Reaves

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant
National Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN REAVES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:22-cv-00219-TLN-DB<br><br>**STIPULATION RE: PRETRIAL DISCOVERY AND PRETRIAL ORDER** |

　　　IT IS STIPULATED AND AGREED, by and among the parties to this action, Plaintiff Karen Reaves, ("Plaintiff") and Defendant National Life Insurance Company ("Defendant") (collectively referred to herein as "the parties") that the following dates will serve as the agreed upon disclosure dates. These dates have been calculated in order to comply with the Initial Pretrial Scheduling Order issued

1  by the Court upon the filing of this matter.

2  All dates are calculated based on the date when defendant National Life
3  Insurance Company actually filed and served its Answer to plaintiff's Complaint –
4  April 15, 2022.

5  CLOSE OF DISCOVERY – December 12, 2022 (first non holiday 240 days after
6  4/15/22).

7  DISCLOSURE OF EXPERTS – February 10, 2023 (60 days after close of
8  discovery).

9  DISCLOSURE OF SUPPLEMENTAL EXPERTS – March 13, 2023 (first non-
10  holiday 30 days after disclosure of experts).

11  LAST DAY TO FILE DISPOSITIVE MOTIONS  - June 12, 2023  (first non-
12  holiday 180 days after the close of discovery).

13  LAST DAY TO EXCHANGE SUPPLEMENTAL DISCOVERY – To be
14  Determined. Per Court Order, it must be no later than 30 days prior to the
15  dispositive motion hearing date Motions.

16  JOINT NOTICE OF TRIAL READINESS –

17  If there will not be any dispositive motions filed, and the parties so
18  agree to forgo dispositive motions – April 11, 2023 (120 days after the close
19  of discovery).   OR

20  If dispositive motions are filed, TO BE DETERMINED based on it
21  not being more than 30 days after the Court's ruling on the last filed
22  dispositive motion.

23  **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  May 20, 2022 | DANIEL S. GLASS, ESQ. |
| 2 | | |
| 3 | | By: *s/Daniel S. Glass* |
| | | DANIEL S. GLASS |
| 4 | | Attorney for Plaintiff |
| | | Karen Reaves |
| 5 | | |
| 6 | DATED:  May 23,  2022 | BURKE, WILLIAMS & SORENSEN, LLP |
| 7 | | |
| 8 | | By: s/ *Kyle Anne Piasecki [as authorized on May 23, 2022* |
| | | DANIEL W. MAGUIRE |
| 9 | | KYLE ANNE PIASECKI |
| | | Attorneys for Defendant |
| 10 | | National Life Insurance Company |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: June 17, 2022

_____
Troy L. Nunley
United States District Judge