Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendant
National Life Insurance Company

Daniel S. Glass (SBN 140819)
Attorney at Law
641 Fulton Ave., Suite 200
Sacramento, CA 95825
(916) 483-1971
dsglawyer@sbcglobal.net

Attorney for plaintiff
Karen Reaves

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN REAVES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00219-TLN-DB<br><br>**STIPULATION IN SUPPORT OF REQUEST TO RESET AND EXTEND PRETRIAL ORDER DEADLINES AND ORDER THEREON** |

　　　Plaintiff Karen Reaves, ("Plaintiff") and Defendant National Life Insurance Company ("Defendant") (collectively referred to herein as "the Parties") hereby stipulate to, and request the Court grant, a 180 day extension for the date for the close of discovery and to continue the remaining dates, calculated to comply with the Initial Pretrial Scheduling Order.

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

CASE NO. 2:22-cv-00219-TLN-DB
STIPULATION TO CONTINUE DEADLINES:
ORDER THEREON

## I. RECITALS

1. This action was filed on February 2, 2022. Defendant National was served and the parties agreed that a responsive pleading would be filed by April 15, 2022. Said Answer was timely filed.

2. Thereafter, the parties agreed to a time for their respective Rule 26 Disclosures, where were timely made.

3. Defendant National then propounded some additional discovery to which plaintiff responded.

4. On June 21, 2022, prior to the time the parties had any discussions relating to a potential mediation in this matter, the parties submitted to the Court, and the Court approved, a Stipulation Re; Pretrial Discovery. Under this stipulation and order:

    a. The CLOSE OF DISCOVERY is currently scheduled for December 12, 2022.

    b. The DISCLOSURE OF EXPERTS is currently scheduled for February 10, 2023.

    c. The DISCLOSURE OF SUPPLEMENTAL EXPERTS is currently scheduled for March 13, 2023.

    d. The LAST DAY TO FILE DISPOSITIVE MOTIONS is currently scheduled for June 12, 2023.

    e. The LAST DAY TO EXCHANGE SUPPLEMENTAL DISCOVERY is To Be Determined. Per Court Order, it must be no later than 30 days prior to the dispositive motion hearing date Motions.

    f. The JOINT NOTICE OF TRIAL READINESS is To Be Determined. If no dispositive motions are filed, it will be April 11, 2023.

5. Thereafter, in mid August, 2022, rather than engage in any law and

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

CASE NO. 2:22-cv-00219-TLN-DB
STIPULATION TO CONTINUE DEADLINES:
ORDER THEREON

motion practice, the parties, through counsel, began a discussion about the potential to participate in a private mediation to explore whether this matter could be resolved before the parties incurred the cost and expense of further litigation.

6. After counsel agreed on a private mediator, the parties and the mediator were not able to secure a mutually agreeable date for that private mediation until November 2, 2022.

7. Recognizing that November 2, 2022 was only 40 days from the designated close of discovery, counsel agreed if the mediation was not successful, and if the parties could not complete discovery between the mediation and the then stated close of discovery, the parties would consider approaching the Court with a Stipulation to extend the date for the close of discovery, and possibly the other related dates.

8. The parties did not seek an extension of the dates currently set before the mediation because they did not desire to involve the Court as there was hope no Court intervention would be necessary.

9. In hopes of limiting litigation fees and costs, the Parties agreed to voluntarily stay discovery until after mediation. Despite the Parties' best efforts, the Parties were unable to achieve resolution at mediation.

10. At this point, no depositions have been taken. The parties agree that depositions and further discovery is necessary and it is in the interests of justice to all parties to have some additional time to take and complete discovery in an orderly fashion to properly prepare this case for a potential trial.

11. This is the first request for a continuance.

12. The parties do not believe that any prejudice will result from the continuance of the current deadlines to the Parties or to the Court since no trial date has been set, and the Parties intend to continue their settlement efforts.

13. The parties submit that, under the circumstances of this case, the above constitutes "good cause" for the Court to permit the parties to seek vacation of the

presently set discovery and disclosure dates and to allow all dates to be reset for dates which are 180 days in advance of their currently set dates.

## II. **STIPULATION**

Based on the foregoing recitals, the parties hereby stipulate and agree as follows:

1. The CLOSE OF DISCOVERY will be scheduled for June 9, 2023.

2. The DISCLOSURE OF EXPERTS will be scheduled for August 8, 2023.

3. The DISCLOSURE OF SUPPLEMENTAL EXPERTS will be scheduled for September 7, 2023.

4. The LAST DAY TO FILE DISPOSITIVE MOTIONS will be scheduled for December 6, 2023.

5. The LAST DAY TO EXCHANGE SUPPLEMENTAL DISCOVERY is To Be Determined. Per Court Order, it must be no later than 30 days prior to the dispositive motion hearing date.

6. The JOINT NOTICE OF TRIAL READINESS is To Be Determined. If there will be no dispositive motions filed, it will be October 6, 2023

OR

If dispositive motions are filed, To Be Determined based on it not being more than 30 days after the Court's ruling on the last filed dispositive motion.

///
///
///
///
///
///
///
///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 4 -

CASE NO. 2:22-cv-00219-TLN-DB
STIPULATION TO CONTINUE DEADLINES;
ORDER THEREON

**IT IS SO STIPULATED.**

DATED:  December 5, 2022      DANIEL S. GLASS, ESQ.

By: *s/Daniel S. Glass*
   *[as authorized on December 5, 2022]*
   DANIEL S. GLASS
   Attorney for Plaintiff
   Karen Reaves

DATED:  December 5, 2022      BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Kyle Anne Piasecki*
   DANIEL W. MAGUIRE
   KYLE ANNE PIASECKI
   Attorneys for Defendant
   National Life Insurance Company

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 5 -

CASE NO. 2:22-cv-00219-TLN-DB
STIPULATION TO CONTINUE DEADLINES;
ORDER THEREON

# **ORDER**

UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE HAVING BEEN FOUND, IT IS ORDERED AS FOLLOWS:

1. The CLOSE OF DISCOVERY will be scheduled for June 9, 2023.

2. The DISCLOSURE OF EXPERTS will be scheduled for August 8, 2023.

3. The DISCLOSURE OF SUPPLEMENTAL EXPERTS will be scheduled for September 7, 2023.

4. The LAST DAY TO <u>FILE</u> DISPOSITIVE MOTIONS will be scheduled for December 6, 2023.

5. The LAST DAY TO EXCHANGE SUPPLEMENTAL DISCOVERY is To Be Determined. Per Court Order, it must be no later than 30 days prior to the dispositive motion hearing date.

6. The JOINT NOTICE OF TRIAL READINESS is To Be Determined. If there will be no dispositive motions filed, it will be October 6, 2023

OR

If dispositive motions are filed, To Be Determined based on it not being more than 30 days after the Court's ruling on the last filed dispositive motion.

IT IS SO ORDERED.

DATED: December 6, 2022

Troy L. Nunley
United States District Judge