Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendant
National Life Insurance Company

Daniel S. Glass  (SBN 140819)
Attorney at Law
641 Fulton Ave., Suite 200
Sacramento, CA  95825
(916) 483-1971
dsglawyer@sbcglobal.net

Attorney for Plaintiff
Karen Reaves

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN REAVES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:22-cv-00219-TLN-DB<br><br>**ORDER RE: THIRD REQUEST TO RESET AND EXTEND PRETRIAL ORDER DEADLINES PER STIPULATION** |

## **ORDER**

UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE HAVING BEEN FOUND, IT IS ORDERED AS FOLLOWS:

All prior dates for the close of discovery and disclosure of experts are vacated and replaced as follows:

　　1.　　The CLOSE OF DISCOVERY will be scheduled for June 7, 2024.

　　2.　　The DISCLOSURE OF EXPERTS will be scheduled for August 8,

2024.

3. The DISCLOSURE OF SUPPLEMENTAL EXPERTS will be scheduled for September 9, 2024

4. The LAST DAY TO FILE DISPOSITIVE MOTIONS will be scheduled for November 6, 2024

5. The LAST DAY TO EXCHANGE SUPPLEMENTAL DISCOVERY is To Be Determined. Per Court Order, it must be no later than 30 days prior to the dispositive motion hearing date.

6. The JOINT NOTICE OF TRIAL READINESS is To Be Determined. If there will be no dispositive motions filed, it will be November 6, 2024.

OR

If dispositive motions are filed, To Be Determined based on it not being more than 30 days after the Court's ruling on the last filed dispositive motion.

IT IS SO ORDERED.

DATED: November 21, 2023

Troy L. Nunley
United States District Judge