Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 S. Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Defendant
National Life Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KAREN REAVES,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:22-cv-00219 TLN DB<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

This Joint Stipulation is made and entered into through counsel by and between Plaintiff KAREN REAVES (Plaintiff) and Defendant NATIONAL LIFE INSURANCE COMPANY (Defendant).

**I.    Recitals.**

WHEREAS Plaintiff filed this action on February 2, 2022. At that time she sued only one defendant, National Life Insurance Company, the insurer who issued the disability insurance policy at issue in this matter;

WHEREAS through discovery, Plaintiff obtained information causing her to believe Unum Life Insurance Company of America and Unum Group are alter egos of Defendant;

4869-8600-5162 v1

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

1

Case No. 2:22-cv-00219 TLN DB
STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT

1  WHEREAS, delays by the Court reporting service in providing the necessary transcripts to enable Plaintiff to evaluate this issue prevented the amended complaint from being prepared for filing sooner;

WHEREAS Plaintiff and Defendant agree there is good cause to allow Plaintiff to join Unum Life Insurance Company of America and Unum Group as defendants to this matter.[1]

**II.   Stipulation.**

NOW, THEREFORE, Plaintiff and Defendant agree and respectfully request that the Court enter the order proposed below, granting Plaintiff leave to file a first amended complaint in which Plaintiff joins Unum Life Insurance Company of America and Unum Group as defendants to this matter, and accept the First Amended Complaint for filing in the form attached as Exhibit "1" hereto.

**IT IS SO STIPULATED.**

DATED:  March 11, 2024                DANIEL S. GLASS, ESQ.

By:  s/Daniel S. Glass
     (as authorized on March 7, 2024)
DANIEL S. GLASS
Attorney for Plaintiff
Karen Reaves

DATED: March 11, 2024                 BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/ Kyle Anne Piasecki
DANIEL W. MAGUIRE
KYLE ANNE PIASECKI
Attorneys for Defendant
National Life Insurance Company

---

[1] Defendant does not agree that Unum Life Insurance Company of America and/or Unum Group are alter egos of Defendant and reserves the right to challenge this claim later in this litigation.

## Order

Good cause appearing, now, therefore,

IT IS ORDERED THAT Plaintiff is granted leave to file the first amended complaint, attached as Exhibit "1" to the Stipulation Allowing Plaintiff To File A First Amended Complaint, joining Unum Life Insurance Company of America and Unum Group as defendants to this matter, within 20 days of the date of service of notice of entry of this Order.

DATED: March 11, 2024

Troy L. Nunley
United States District Judge

4869-8600-5162 v1    3    Case No. 2:22-cv-00219 TLN DB
STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo